# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Industrial Power Systems, Inc. | ) ASBCA Nos. 61239, 61240 |
| | ) |
| Under Contract No. N69450-14-C-1255 | ) |

APPEARANCES FOR THE APPELLANT:    Thomas O. Crist, Esq.
Jonathon J. Korinko, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
Cleveland, OH

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
Navy Chief Trial Attorney
Robert R. Kiepura, Esq.
Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 2 May 2018

JOHN J. THRASHER
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61239, 61240, Appeals of Industrial Power Systems, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals